Tom Larmore, Esq.
Nevada Bar No. 7415
Christine M. Emanuelson, Esq.
Nevada Bar No. 010143
**HINES HAMPTON LLP**
6952 Encore Way
Las Vegas, NV 89119
Tel.: (702) 933-7829
Fax: (702) 974-1709
cemanuelson@hineshamptonllp.com

Attorneys for Defendants
On Your Side Nationwide Insurance Agency, Inc. and
Nationwide Mutual Insurance Company

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| LESLIE LOU WILCOX,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ON YOUR SIDE NATIONWIDE INSURANCE AGENCY, INC., a Foreign Corporation, and NATIONWIDE MUTUAL INSURANCE COMPANY, and DOES I through V, inclusive, and ROE Corporations, I through V, inclusive,<br><br>　　　　　　Defendants. | CASE NO. 2:15-cv-01750-APG-GWF<br><br>[Lower Court Case No. A-15-720720-C<br>District Court of Clark County, Nevada]<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that pursuant to the settlement reached between the parties, the above-referenced action is hereby dismissed in its entirety, as to all named defendants, with prejudice.

Each party shall bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: __April 20__, 2016       _____[signature]_____
　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　United States District Judge

1
ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE